ALWIN CONSTRUCTION COMPANY, INC. *v.* DOUGLAS M. COSTLE, COMMISSIONER OF ENVIRONMENTAL PROTECTION, ET AL.

Pursuant to Practice Book § 696, it is ordered by the Supreme Court, suo motu, that the appeals of the named defendant and the intervening defendant, CBET, Inc., and the cross-appeal of the plaintiff be and hereby are dismissed.

*Brien E. O'Neill,* assistant attorney general, for the appellant-appellee (named defendant).

*Samuel M. Chambliss,* for the appellant (intervening defendant CBET, Inc.).

*Jules Lang,* for the appellee-appellant (plaintiff).

Argued March 1—decided March 1, 1977

STEPHEN R. ZADROGA ET AL. *v.* ELLA T. GRASSO ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*James A. Wade,* for the appellees (defendants).

*Edward T. Lynch, Jr.,* for the appellants (plaintiffs).

Argued March 1—decided March 1, 1977

ALPHONSE MAROTTA ET AL. *v.* ELLA T. GRASSO ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Hartford County is denied.